## LYNCH v. STATE.
### No. 17241.

Court of Criminal Appeals of Texas.

Feb. 13, 1935.

Joe Bailey Humphreys and Baskett & De-Lee, both of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is murder; the punishment, confinement in the penitentiary for twenty years.

The record is before us without a statement of facts, in the absence of which we are unable to appraise the bills of exception.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.